COLUMBUS BAR ASSOCIATION *v.* LOUDEN.

[Cite as Columbus Bar Assn. *v.* Louden (1990), 48 Ohio St. 3d 14.]

(No. 89-1098 — Submitted September 27, 1989 — Decided January 3, 1990.)

*Stanley D. Ross, Bruce Campbell* and *James E. Meeks,* for relator.

*Dwight A. Teegardin,* for respondent.

*Per Curiam.* We concur with the board's findings and recommendations. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., not participating.